JONES MAYER
Angela M. Powell, State Bar No. 191876
amp@jones-mayer.com
3777 North Harbor Boulevard
Fullerton, CA  92835
Telephone: (714) 446-1400
Facsimile: (714) 446-1448

Attorneys for Defendant,
CITY OF GARDENA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL BROWN and JIMMY BROWN,<br><br>                 Plaintiffs,<br><br>        v.<br><br>CITY OF GARDENA a municipal corporation,<br><br>                 Defendant. | **NOTICE OF REMOVAL**<br><br>[Filed concurrently herewith:<br>Certification of Interested Parties]<br><br>Action filed: June 5, 2025 |

**TO THE CLERK OF THE ABOVE-CAPTIONED COURT:**

PLEASE TAKE NOTICE that Defendant, CITY OF GARDENA, hereby removes to this Honorable Court the state-court action described below.

1.    On June 5, 2025, this action was commenced in the Superior Court of the State of California in and for the County of Los Angeles entitled Angel Brown and Jimmy Brown v. City of Gardena. The suit was assigned case number 25TRCV01800 by the Los Angeles County Superior Court. A true and correct copy of the Complaint is attached hereto as Exhibit "A."

2.    The first date upon which Defendants received a copy of said Complaint was June 9, 2025, when a copy of the Complaint was served on the City Clerk's Office along with a Summons from the state court.  A true and correct copy of the state court Summons is attached hereto as Exhibit "B."

3.    Along with the Summons and Complaint, this removing Defendant also received the following documents from Plaintiff: Civil Case Cover Sheet and Addendum, Notice of Case Assignment and Alternative Dispute Resolution package, true and correct copies of which are attached hereto collectively as Exhibit "C."

4.    The state court Summons and Complaint were served on the CITY OF GARDENA  a municipal corporation, on June 9, 2025. A true and correct copy of the Proof of Service is attached hereto as Exhibit "D."

5.    There are no other defendants named in the action.

6.    This action is a civil action in which this Court has original jurisdiction under 28 U.S.C. § 1331 and removal jurisdiction under 28 U.S.C. § 1441(b) in that it arises under 42 U.S.C. § 1983.  See Compl. at 2:1-2.



- 2 -

7.     Concurrent with the filing of this Notice of Removal, a Notice to State Court and Adverse Party of Removal to Federal Court is being filed with the state court and served on Plaintiffs. A true and correct copy of that Notice with proof of service thereof is attached hereto as Exhibit "E."

Dated:  July 9, 2025                    JONES MAYER

                                        By: _____
                                            Angela M. Powell
                                            Attorneys for Defendant,
                                            City of Gardena

**PROOF OF SERVICE**

**STATE OF CALIFORNIA; COUNTY OF ORANGE.**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 3777 North Harbor Boulevard, Fullerton, CA 92835.

On July 9, 2025, I served the foregoing document(s) described as **NOTICE OF REMOVAL** on each interested party listed below.

Angel Brown
Jimmy Brown
12812 Van Ness Avenue
Gardena, CA 90249

*Plaintiffs in Pro Per*

X    (VIA MAIL) I placed the envelope for collection and mailing, following the ordinary business practices. I am readily familiar with Jones & Mayer's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at La Habra, California, in the ordinary course of business. I am aware that on motion of the parties served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 9, 2025, at Fullerton, California.

*Lareema Martin*
_____
Lareema Martin
lareema@jones-mayer.com



NOTICE OF REMOVAL