UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| No. | CV 25-06271-DMG (AS) | Date | March 2, 2026 |
|---|---|---|---|
| Title | *Angel Brown, et. al., v. City of Gardena, et. al.,* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|

| Alma Felix | Not reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**    **ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

On January 15, 2026, the Court issued an Order directing Plaintiff, based on the Order Accepting Report and Recommendation by United States Magistrate Judge, (*see* Dkt. No. 32*),* to file a Second Amended Complaint that cures the pleading defects set forth in the Report and Recommendation within thirty (30) days of the Court's Order. ("Order") (Dkt. No. 33). Since the Order was issued on January 15, 2026, the Second Amended Complaint was due no later than February 17. 2026. Plaintiff was "cautioned that failure to timely file a Second Amended Complaint will result in the dismissal of this action with prejudice for failure to prosecute and/or obey Court orders[.]" (Id.).

To date, Plaintiff has failed to file a Second Amended Complaint, seek an extension of time to do so, or otherwise communicate with the Court. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE, in writing, no later than March 23, 2026,** why this action should not be dismissed with prejudice for failure to prosecute. This Order will be discharged upon the filing of a Second Amended Complaint that complies with the January 15, 2026 Order, (Dkt. No. 33), a copy of which is attached to this Order, or upon the filing of a declaration under penalty of perjury stating why Plaintiff is unable to file a Second Amended Complaint.

If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). A notice of dismissal form is attached for Plaintiff's convenience.

Plaintiff is warned that a failure to timely respond to this Order **will** result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders.

**IT IS SO ORDERED.**

cc: Dolly M. Gee
    Chief United States District Judge